IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-CV-00170-PSF-OES

DARCE RIDDICK,

Plaintiff(s),

vs.

DENVER HOTEL INVESTORS, INC., d/b/a RAMADA INN DOWNTOWN,

Defendant(s).

---

ORDER DENYING PLAINTIFF'S
MOTION FOR AN ORDER
THAT MATTERS BE TAKEN AS ADMITTED

---

ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: August 15, 2005

Plaintiff has filed a motion asking that certain matters in aid of her judgment be deemed to be admitted.  Plaintiff bases this request upon the fact that it submitted requests for admissions to plaintiff, and the court ordered plaintiff to respond by no later than June 24, 2005.  Plaintiff asserts that plaintiff failed to respond by the date ordered by the court.

The court file reflects that on June 23, 2005, a document was filed here that purported to be a copy of defendant's responses to plaintiff's requests for admission.  The document is entitled "Defendant-Judgment Debtor Denver Hotel Investor's Responses to Plaintiff-Judgment Creditor Darce Riddick's First Request for Admissions in Aid of the May 26, 2004 Judgment of the Court."  The contents of the document appear to be an attempt by defendant to respond to the requests for admission.

In light of defendant's apparent compliance with its obligation to respond to the requests for admission, **IT IS HEREBY ORDERED** that "Plaintiff-Judgment Creditor Darce Riddick's Renewed Motion In Aid of the May 26, 2004 Judgment of the Court, for an Order that Matters be Taken as Admitted" [Doc. 42-1, filed July 20, 2005] is **DENIED without prejudice.**

Dated at Denver this day of August 15, 2005.

BY THE COURT:

s/O. Edward Schlatter
O. Edward Schlatter
U.S. Magistrate Judge