IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  03-CV-00170-PSF-OES

DARCE RIDDICK,

Plaintiff(s),

vs.

DENVER HOTEL INVESTORS, INC., d/b/a RAMADA INN DOWNTOWN,

Defendant(s).

---

ORDER STRIKING SALIM A. JETHA'S
LETTER OF JULY 22, 2005

---

ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated: August 15, 2005

Salim A. Jetha, who states that he is the president of the defendant entity, Denver Hotel Investors, Inc. ("DHI"), sent a letter dated July 22, 2005, directly to me at my chambers' address.  Mr. Jetha did not indicate or certify that a copy was sent to counsel for plaintiff.

Mr. Jetha states in his letter that Richard Rosenblatt, counsel for plaintiff, has stated that "he wanted an attorney to file documents for Defendant Denver Hotel Investors, Inc." Mr. Jetha's letter asks the court for guidance: "If the court determines that such information has to be certified by counsel or provided to the court by counsel then Defendant hereby confirms that it will retain counsel and begs the court to give Defendant ninety (90) days for this purpose if the court determines that the information filed in response to the Plaintiff's request for information is defective in any manner."

First, Mr. Jetha is not the party who has been sued, and he has no standing to file anything in this court on behalf of DHI.  Only an attorney may represent a corporate entity in proceedings before this court.  Therefore, no filings on behalf of DHI will be accepted unless they are signed by an attorney who has entered an appearance on behalf of DHI.

Second, no communications may be made directly to me in my chambers by any party unless the communication relates to an offer of settlement. All communications with the court must be made through the Clerk's office by filing them, for example, in the form of a motion or response.

Third, all parties who file a motion or request for relief must state on the face of their document that they certify two things: (1) that they have conferred with the opposing counsel or party in regard to the matter that is disputed, and (2) that they have mailed a copy of the motion or request for relief to the opposing counsel or party. The failure to comply with these requirements will result in the denial or striking of any motion that is filed by any party.

## CONCLUSION

It is therefore ORDERED that the July 22, 2005, letter received from Salim Jetha is STRICKEN, and will be discarded in the trash.

Dated at Denver this day of August 15, 2005.

BY THE COURT:

   s/O. Edward Schlatter
O. Edward Schlatter
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 03-cv-00170-PSF-OES

Certificate of Service

The undersigned certifies that a copy of the foregoing was delivered on this day of August 15, 2005, by:

( )  delivery to:

( )  e-mail to:

( )  facsimile to:

(X)  depositing same in the United States mail postage prepaid, addressed to:

Salim Jetha
c/o Denver Hotel Investors, Inc.
130 Clairemont Avenue
Decatur, GA 30030

GREGORY C. LANGHAM, Clerk


  Cathy Coomes
Clerk for Magistrate Judge O.  Edward Schlatter